**UNITED STATES of America,**
**Appellee,**

v.

**Delmar PHILLIPS, Appellant.**

**No. 06–4162.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 21, 2007.

Filed: Nov. 29, 2007.

Matthew Wood Fleming, Steven Northup Snyder Sr., Assistant U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Omar Greene, Assistant Federal Public Defender, Federal Public Defender's Office, Little Rock, AR, James Pierce, Assistant Federal Public Defender, Federal Public Defender's Office, Fayetteville, AR, for Appellant.

Delmar Phillips, Fort Smith, AR, pro se.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Delmar Phillips conditionally pleaded guilty to possessing more than 50 grams of actual methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). The district court[1] sentenced him to 120 months in prison, the statutory minimum, and 5 years of supervised re-

lease. On appeal, his counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw. For the reasons discussed below, we affirm, and we grant counsel's withdrawal motion.

First, law enforcement officers' knowledge from a records check that Phillips was driving with a suspended license gave them probable cause to arrest him. The arrest, in turn, gave the officers authority to conduct a search of Phillips's person incident to the arrest. Thus, the district court correctly denied his motion to suppress the drugs seized from his person. *See United States v. Jones,* 479 F.3d 975, 978 (8th Cir.2007). Second, the district court lacked authority to sentence Phillips below the 10–year statutory minimum. *See United States v. Gregg,* 451 F.3d 930, 937 (8th Cir.2006); *United States v. Chacon,* 330 F.3d 1065, 1066 (8th Cir. 2003).

Finally, having found no nonfrivolous issues after reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm the judgment of the district court and grant counsel's motion to withdraw.

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.